1
2
3
4
5
6
7
8
9
10
11

*E-FILED - 9/11/08*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

12   KRISTIN RAY HIMMELBERGER,           )     No. C 00-20198 RMW (PR)
                                          )
13                     Petitioner,        )     **ORDER DENYING CERTIFICATE**
                                          )     **OF APPEALABILTY**
14      vs.                               )
                                          )
15                                        )
     A.A. LAMARQUE,                       )
16                                        )
                       Respondent.        )
17   _____)     (Docket No. 64)

18
19        Petitioner, a California prisoner proceeding pro se, filed a petition for a writ of habeas

20   corpus pursuant to 28 U.S.C. § 2254.  The petition was denied on its merits.  Petitioner has filed

     a motion for a certificate of appealability.  See 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).
21
22        "Where a district court has rejected the constitutional claims on the merits, the showing

23   required to satisfy § 2253(c) is straightforward:  the petitioner must demonstrate that reasonable

     jurists would find the district court's assessment of the constitutional claims debatable or
24
     wrong."  Slack v. McDaniel, 529 U.S. 473 (2000).
25
26        Except for substituting the word "constitutional" for the word "federal," section

27   2253(c)(2) codified the standard announced by the Supreme Court in Barefoot v. Estelle, 463

28

Order Denying Certificate of Appealability
G:\PRO-SE\SJ.Rmw\HC.00\Himmelberger198.COA.md.wpd

1  U.S. 880, 892-93 (1983).  Slack, 529 U.S. at 475.  In Barefoot, the court explained that "a

2  substantial showing of the denial of [a] federal right" means that a petitioner "must demonstrate

3  that the issues are debatable among jurists of reason; that a court could resolve the issues [in a

4  different manner], or that the questions are adequate to deserve encouragement to proceed

5  further."  Barefoot, 463 U.S. at 893 n.4 (citations and internal quotations omitted).  Any doubts

6  about whether the Barefoot standard has been met must be resolved in petitioner's favor.

7  Lambright v. Stewart, 220 F.3d 1022, 1024-25 (9th Cir. 2000).

8      The court denied the instant petition after careful consideration of the merits.  The court

9  found no violation of petitioner's federal constitutional rights in the underlying state court

10  proceedings.  Petitioner has failed to demonstrate that jurists of reason would find it debatable

11  whether this court was correct in its ruling.  Accordingly, the court will DENY petitioner's

12  request for a certificate of appealability.

13      The Clerk shall serve notice of this order forthwith to the United States Court of Appeal

14  and to the parties.  See Fed. R. App. P. 24(a).

15      This order terminates docket number 64.

16      IT IS SO ORDERED.

17  DATED:  9/10/08

    *Ronald M. Whyte*

18  RONALD M. WHYTE
    United States District Judge

19

20

21

22

23

24

25

26

27

28

Order Denying Certificate of Appealability
G:\PRO-SE\SJ.Rmw\HC.00\Himmelberger198.COA.md.wpd